NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1180

SHIRE LLC,

Plaintiff-Appellee,

v.

SANDOZ, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the District of Colorado in case no. 07-CV-00197, Judge Philip A. Brimmer.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

Freedom Wireless, Inc. moves for leave to file a brief amicus curiae in support of Shire LLC.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 29 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Keith D. Parr, Esq.
Edward H. Haug, Esq.
R. Carl Moy, Esq.
Sharon A. Israel, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 29 2009

JAN HORBALY
CLERK

Roger Cook, Esq.
Charles A. Weiss, Esq.
Kevin P. Martin, Esq.

s19